# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2193.  DON ROBERT FAIRCLOTH v. THE STATE.**

In 2007, Don Faircloth pled guilty to twelve counts of first degree forgery.[1] On June 18, 2015, the trial court entered an order denying Faircloth's fourth motion for an out-of-time appeal.  He appeals, but we lack jurisdiction.

"It is well established that any issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court, and that the law of the case doctrine is not confined to civil cases, but applies also to rulings made by appellate courts in criminal cases." (Citation and punctuation omitted.) *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011). Before this appeal, Faircloth filed three prior appeals challenging orders of the trial court denying motions for out-of-time appeals. In the first two appeals, we affirmed the trial court's ruling denying Faircloth an out-of-time appeal.  See Case No. A13A1915, decided March 13, 2014, and Case No. A13A2389, decided January 15, 2014.  We dismissed the third appeal on law-of-the-case grounds. See Case No. A15A0320, dismissed October 17, 2014. Once again, we are precluded from revisiting an issue that has already been decided.  See *Ross*, supra at 328.  Accordingly, this appeal is hereby DISMISSED.

---

[1] Faircloth filed a motion to withdraw the guilty plea, which the trial court denied.  He appealed that ruling, but we dismissed the appeal because he failed to file a brief.  See Case No. A12A1709, dismissed July 6, 2012.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* <u>08/10/2015</u>

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*